

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00318-CR

| | | |
|---|---|---|
| Sherry Elizabeth Branch | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1265545D) |
| v. | § | December 21, 2012 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00318-CR

SHERRY ELIZABETH BRANCH            APPELLANT

V.

THE STATE OF TEXAS            STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Sherry Elizabeth Branch attempts to appeal from her conviction for possession of less than one gram of methamphetamine. The trial court's certification states that this is "a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On July 23, 2012, we notified Branch that the appeal would be dismissed pursuant to the trial court's certification unless she or any party desiring to continue the appeal filed a

---

[1]*See* Tex. R. App. P. 47.4.

response on or before August 2, 2012, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 21, 2012